

FILED
MAR 1 2 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI USA, INC., and WAKE FOREST UNIVERSITY HEALTH SCIENCES<br>    Plaintiffs,<br><br>v.<br><br>BLUESKY MEDICAL CORPORATION, SMITH & NEPHEW HOLDINGS, INC., and SMITH AND NEPHEW PLC,<br>    Defendants. | § § § § § § § § § § § § § § § § | No. SA-08-CV-102-RF |

## POST TRIAL BRIEFING SCHEDULING ORDER

The Court ORDERS the Parties to comply with the following deadlines and dates:

On or before April 7, 2010, the moving party shall file its motions for Judgment as a Matter of Law, Injunctive Relief, Willfulness, Patent Misuse, and Standing. The moving party shall brief each of these topics in individual briefs and limits each brief to 30 pages.

On or before May 5, 2010, all responses in opposition to the above motions for Judgments as a Matter of Law, Injunctive Relief, Willfulness, Patent Misuse, and Standing shall be filed with Court. The parties shall respond to each of these topics in individual briefs and limits each brief to 30 pages.

//

Replies in support of the above motions for Judgments as a Matter of Law, Injunctive Relief, Willfulness, Patent Misuse, and Standing shall be filed, if at all, on or before May 12, 2010. The parties shall reply to each of these topics in individual briefs and limits each brief to 7 pages.

A hearing is set for **May 17, 2010 at 9:30 a.m.** on the Motions for Judgment as a Matter of Law. A hearing on all other motions will be scheduled as soon as possible thereafter.

Signed this 12th day of March, 2010.

_____
Royal Furgeson
Senior United States District Judge